# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA BASSI, | Case No. 2:17-cv-02929-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 12) |
| SMITH'S FOOD AND DRUG CENTERS, INC., | |
| Defendant(s). | |

Pending before the Court is a joint status report, Docket No. 12, which seeks relief from the Court. To the extent litigants require relief from the Court, they must file a stipulation, motion or other proper request for relief. A joint status report is not a proper means through which to request relief. Accordingly, any relief requested in the joint status report is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: January 31, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge