**SAO**
DAVID A. TANNER, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
1320 East Pebble Road, Suite 115
Las Vegas, NV 89123
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA BASSI,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC.; DOES I through X, inclusive and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02929-RFB-NJK<br><br>**FIRST AMENDED STIPULATION AND ORDER TO AMEND COMPLAINT AND CAPTION AND FILE FIRST AMENDED COMPLAINT** |

COMES NOW, Plaintiff, TERESA BASSI, by and through her attorney, David A. Tanner, Esq. of the Tanner Law Firm, and Defendant, SMITH'S FOOD AND DRUG CENTERS, INC., by and through its attorney, Jerry S. Busby, Esq. of Cooper Levenson, P.A. and hereby stipulate to amend the Caption and file the First Amended Complaint as follows:

WHEREAS the Complaint lists the Defendant as "SMITH'S FOOD AND DRUG CENTERS, INC.";

WHEREAS the Defendant's proper legal name is "SMITH'S FOOD & DRUG CENTERS, INC."; and

WHEREAS the Parties wish to ensure that the Complaint and Caption are correct; therefore,

1

1  IT IS HEREBY STIPULATED that the Complaint and Caption be amended to reflect that the proper name of the Defendant is "SMITH'S FOOD & DRUG CENTERS, INC.";

IT IS FURTHER STIPULATED that the First Amended Complaint be filed (a copy is attached as Exhibit 1); and

IT IS FURTHER STIPULATED that the First Amended Complaint will relate back to the filing of the Complaint for all purposes, including the statute of limitations;

IT IS FURTHER STIPULATED that the Defendant's counsel will accept service of the First Amended Complaint.

Dated: March 26, 2018

**TANNER LAW FIRM**

/s/ David A. Tanner
DAVID A. TANNER, ESQ.
Nevada Bar No. 8282
1320 East Pebble Road, Suite 115
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

Dated: March 26, 2018

**COOPER LEVENSON, P.A.**

/s/ Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 1107
1835 Village Center Circle
Las Vegas, NV  89134
*Attorney for the Defendant*

**GRANTED.** The proposed amended complaint shall be filed on the docket as a separate document within 7 days.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: March 27, 2018