1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON, P.A.
   1835 Village Center Circle
3  Las Vegas, Nevada 89134
   (702) 366-1125
4  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
5
   Attorneys for Defendant
6  SMITH'S FOOD & DRUG CENTERS, INC.

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  TERESA BASSI, | CASE NO. 2:17-cv-02929-RFB-NJK |
| 10  Plaintiff, | |
| 11  vs. | **STIPULATION AND ORDER TO** |
| 12  SMITH'S FOOD AND DRUG CENTERS, INC.; DOES I through X, inclusive and ROE | **CONTINUE DUE DATE FOR FILING THE JOINT PRE TRIAL ORDER** |
| 13  CORPORATIONS XI through XX, inclusive, | (FIRST REQUEST) |
| 14  Defendants. | |

15

16  WHEREAS, Plaintiff's attorney has prepared a proposed Joint Pre Trial Order which is currently

17  being reviewed and revised by Defense counsel; and

18  WHEREAS, counsel for the parties intend to discuss and finalize the Joint Pre Trial Order prior

19  to filing the same but due to scheduling conflicts and the intervening holidays, the parties anticipate that

20  they will need three additional weeks to discuss, revise and finalize the Joint Pre Trial Order;

21  IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of

22  COOPER LEVENSON, P.A., counsel of record for SMITH'S FOOD & DRUG CENTERS, INC., and

23  DAVID A. TANNER, ESQ. of the TANNER LAW FIRM, counsel of record for TERESA BASSI that

24  ///

25  ///

26  ///

27  ///

28  ///

CLAC 4764240.1

the deadline for the parties to file their Joint Pre Trial Order be continued to January 11, 2019 to ensure that the document is accurate and complete.

Respectfully submitted this 20th day of December, 2018.

| TANNER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/David A. Tanner, Esq. | /s/ Jerry S. Busby, Esq. |
| DAVID A. TANNER, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 008282 | Nevada Bar No. 001107 |
| 1320 East Pebble Road – Suite 115 | 1835 Village Center Circle |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89134 |
| (702) 987-8888 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| TERESA BASSI | SMITH'S FOOD & DRUG CENTERS, INC. |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 21, 2018

2

CLAC 4764240.1